PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant for Offender Under Supervision

Name of Offender: Hermino Colon　　　　　　　　　　　　　Cr.: 94-00589-01

Name of Sentencing Judicial Officer: Honorable Alfred M. Wolin, Senior U.S. District Court Judge

Date of Original Sentence: 05/10/95

Original Offense: Bank Robbery (2 counts)

Original Sentence: 144 months imprisonment, 3 years supervised release. Special conditions: Drug treatment, refrain from gambling, full financial disclosure. Restitution: $6,200.00.

Type of Supervision: Supervised release　　　　　　Date Supervision Commenced: 06/22/05

Assistant U.S. Attorney: Andrew Schiff　　　　　　Defense Attorney: James F. Flanagan, Esq.

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'** On or about August 7, 2007, Colon moved from his last reported residence and did not notify his probation officer within 3 days or at any time thereafter. The offender is an absconder and his whereabouts is unknown. |
| 2. | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'** On July 25 and August 10, 2007, Colon did not call his probation officer as directed. On August 16, 2007, the offender did not report to the U.S. Probation Office as directed. He did not have contact with his probation officer on this date or on any date thereafter. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
　　Senior U.S. Probation Officer
Date: 09/14/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/14/07
_____
Date